# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW WEARY

NO. 2024 KW 0558

**AUGUST 12, 2024**

---

In Re: Andrew Weary, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 00-CR5-79804.

---

**BEFORE: WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT